UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HICKS, an individual, and on behalf of others similarly situated and aggrieved,<br><br>  Plaintiff,<br><br>  v.<br><br>UTILIQUEST, LLC, a Georgia Limited Liability Company; DYCOM INDUSTRIES, INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:24-CV-00911-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DYCOM INDUSTRIES, INC. FROM ACTION WITHOUT PREJUDICE**<br><br>Action Filed: January 24, 2024 |

## **ORDER**

Having read and considered the Parties' Joint Stipulation to Dismiss Dycom Industries, Inc. from Action without Prejudice, the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED:**

1. The Stipulation is approved.
2. All claims against Dycom Industries, Inc. in the operative complaint are dismissed without prejudice.
3. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

Dated:  August 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE