**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Deanna S. Leifer (SBN 265840)
dleifer@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, CA 90245
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Emily Hyde (SBN 359248)
ehyde@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, CA 94612
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for PLAINTIFF ROBERT HICKS, individually and on behalf of others similarly situated and aggrieved

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HICKS, individually, and on behalf of others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>UTILIQUEST, LLC, a Georgia Limited Liability Company; DYCOM INDUSTRIES, INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:24-CV-00911-DJC-AC<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF'S REPRESENTATIVE CLAIM**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Action Filed: January 24, 2024<br>Action Removed: March 22, 2024 |

**SEYFARTH SHAW, LLP**
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Michael A. Sigall (SBN 305849)
msigall@seyfarth.com
2029 Century Park East, Suite 33500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant UTILIQUEST, LLC

The Court, having reviewed Plaintiff's Notice of Voluntary Dismissal as to Plaintiff's Representative Claim, and good cause being shown, HEREBY ORDERS the following:

1. Plaintiff's Notice of Voluntary Dismissal is GRANTED;
2. Plaintiff's representative claims under the California Labor Code Private Attorneys General Act asserted by Plaintiff Robert Hicks DISMISSED WITHOUT PREJUDICE; and
3. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE