**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Deanna S. Leifer (SBN 265840)
dleifer@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, CA 90245
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Emily Hyde (SBN 359248)
ehyde@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, CA 94612
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for PLAINTIFF ROBERT HICKS,
individually and on behalf of others
similarly situated and aggrieved

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT HICKS, individually, and on behalf of others similarly situated and aggrieved,

Plaintiff,

vs.

UTILIQUEST, LLC, a Georgia Limited Liability Company; DYCOM INDUSTRIES, INC., a Florida corporation; and DOES 1 through 50, inclusive,

Defendants.

CASE NO.: 2:24-CV-00911-DJC-AC

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF'S INDIVIDUAL CLAIMS**

Judge:  Hon. Daniel J. Calabretta

Action Filed: January 24, 2024
Action Removed: March 22, 2024

ORDER

**SEYFARTH SHAW, LLP**
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Michael A. Sigall (SBN 305849)
msigall@seyfarth.com
2029 Century Park East, Suite 33500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant UTILIQUEST, LLC

-1-

ORDER

The Court, having reviewed Plaintiff's Notice of Voluntary Dismissal as to Plaintiff's Individual Claim, and good cause being shown, HEREBY ORDERS the following:

1.  Plaintiff's Notice of Voluntary Dismissal is granted;

2.  Plaintiff's individual claims asserted by Plaintiff Robert Hicks are dismissed with prejudice; and

3.  Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  January 20, 2026             /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J.
                                     CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

-2-

ORDER